LATHAM & WATKINS LLP
   Wayne S. Flick (Bar No. 149525)
   Kimberly A. Posin (Bar No. 223091)
   David B. Hazlehurst (Bar No. 261043)
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763
wayne.s.flick@lw.com; kim.posin@lw.com

Attorneys for Defendant Thelen LLP

BLUM | COLLINS LLP
   Steven A. Blum (Bar No. 133208)
   Craig M. Collins (Bar No. 151582)
707 Wilshire Blvd., 48th Floor
Los Angeles, California  90017
Telephone: +1.213.572.0400
Facsimile: +1.213.572.0401
Blum@blumcollins.com; Collins@blumcollins.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BERGMAN, KENDRICK PATTERSON, MICHAEL ATTIANESE, and ANDREA LEVY, each individually, and on behalf of all others similarly situated and the general public,<br><br>            Plaintiffs,<br><br>   v.<br><br>THELEN LLP, a California limited liability partnership, THELEN, REID, BROWN, RAYSMAN & STEINER LLP, a California limited liability partnership, and DOES 1-500,<br><br>            Defendants. | CASE NO. CV-08-5322-EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE<br><br>[No Hearing Required] |

/ / /

/ / /

/ / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1946545.3

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE OF INITIAL CMC

**TO THE HONORABLE ELIZABETH D. LAPORTE, UNITED STATES MAGISTRATE JUDGE, AND OTHER INTERESTED PARTIES:**

Defendant Thelen LLP ("Defendant"), on the one hand, and Plaintiffs Adam Bergman, Kendrick Patterson, Michael Attianese and Andrea Levy ("Plaintiffs"), on the other, by and through their undersigned counsel, stipulate as follows:

**WHEREAS**, on or about November 24, 2008, Plaintiffs filed a Complaint for (1) Violation of the WARN Act (29 U.S.C. § 2101 *et seq*.); (2) Breach of Contract; and (3) Promissory Estoppel in the above-captioned action.

**WHEREAS**, pursuant to this Court's November 24, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this case is currently scheduled for March 3, 2009.

**WHEREAS,** the parties have recently agreed to enter into a stipulation to permit Plaintiffs to file a First Amended Complaint ("FAC") naming additional plaintiffs and claims, and possibly naming additional defendants. The parties respectfully submit that it would be beneficial to them and to the Court to continue the Initial Case Management Conference for a short time in order to permit such stipulation to be submitted to the Court and, if approved, for the FAC to be filed. The parties intend to prepare and file this stipulation and the proposed FAC as promptly as possible.

**WHEREAS**, Wayne S. Flick, lead counsel for Defendant, regrettably has an unavoidable scheduling conflict on March 3, 2009, the date currently set for the Initial Case Management Conference. The Ninth Circuit last week rescheduled the oral argument in a matter for which he has primary responsibility, requiring that he be in Pasadena, California on March 3, 2009 at 9:30 a.m.; and

**WHEREAS**, subject to this Court's approval, the parties have agreed to continue the Initial Case Management Conference to March 24, 2009, at 10:00 a.m., or to the next date and time available on the Court's calendar.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1946545.3

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE OF CMC

**NOW THEREFORE THE PARTIES STIPULATE AS FOLLOWS:**

The March 3, 2009 Initial Case Management Conference shall be continued to March 24, 2009 at 10:00 a.m. or to the next date and time available on the Court's calendar.

Dated: February 18, 2009

Respectfully submitted,

LATHAM & WATKINS LLP
   Wayne S. Flick
   Kimberly A. Posin
   David B. Hazlehurst

By _____
   David B. Hazlehurst
   Attorneys for Defendant
   Thelen LLP

Dated: February 18, 2009

BLUM | COLLINS LLP
   Steven A. Blum
   Craig M. Collins

By _____
   Steven A. Blum
   Attorneys for Plaintiffs

\* \* \* \*

## ORDER

This Court, having considered the Stipulation, and good cause and adequate notice appearing therefor, hereby ORDERS:

1. The Stipulation is approved.
2. The Initial Case Management Conference shall be continued from March 3, 2009, at 10:00 a.m. to March 24, 2009, at 10:00 a.m.

Dated: February 26, 2009

_____
Hon. Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

# ATTACHMENT

| | |
|---|---|
| 1 | **NOW THEREFORE THE PARTIES STIPULATE AS FOLLOWS:** |
| 2 | The March 3, 2009 Initial Case Management Conference shall be |
| 3 | continued to March 24, 2009 at 10:00 a.m. or to the next date and time available |
| 4 | on the Court's calendar. |

Dated: February 18, 2009                                      Respectfully submitted,

                                                                  LATHAM & WATKINS LLP
                                                                  Wayne S. Flick
                                                                  Kimberly A. Posin
                                                                  David B. Hazlehurst

                                                                  By _____
                                                                   David B. Hazlehurst
                                                                  Attorneys for Defendant
                                                                  Thelen LLP

Dated: February 18, 2009                                      BLUM | COLLINS LLP
                                                                 Steven A. Blum
                                                                  Craig M. Collins

                                                                 By _____
                                                                   Steven A. Blum
                                                                  Attorneys for Plaintiffs

\* \* \* \*

## ORDER

This Court, having considered the Stipulation, and good cause and adequate notice appearing therefor, hereby ORDERS:

    1. The Stipulation is approved.

    2. The Initial Case Management Conference shall be continued from March 3, 2009, at 10:00 a.m. to March 24, 2009, at 10:00 a.m.

Dated:_____

                                                                 Hon. Elizabeth D. Laporte
                                                                  UNITED STATES MAGISTRATE JUDGE