1  BLUM | COLLINS LLP
       Steven A. Blum (Bar No. 133208)
2      Craig M. Collins (Bar No. 151582)
       Douglas L. Thorpe (Bar No. 43749)
3  707 Wilshire Blvd., 48th Floor
   Los Angeles, California  90017
4  Telephone:  213.572.0400
   Facsimile:  213.572.0401
5  blum@blumcollins.com; collins@blumcollins.com;
   dthorpe@thorpelink.com
6

7  Attorneys for Plaintiffs

8  LATHAM & WATKINS LLP
       Wayne S. Flick (Bar No. 149525)
9      Kimberly A. Posin (Bar No. 223091)
       David B. Hazlehurst (Bar No. 261043)
10 355 South Grand Avenue
   Los Angeles, California  90071-1560
11 Telephone:  213.485.1234
   Facsimile:  213.891.8763
12 wayne.s.flick@lw.com; kim.posin@lw.com;
   david.hazlehurst@lw.com
13

14 Attorneys for Defendant Thelen LLP

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BERGMAN, KENDRICK PATTERSON, MICHAEL ATTIANESE, and ANDREA LEVY, each individually, and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>THELEN LLP, a California limited liability partnership, THELEN, REID, BROWN, RAYSMAN & STEINER LLP, a California limited liability partnership, and DOES 1-500,<br><br>Defendants. | Case No.  CV-08-5322-EDL<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT<br><br>Honorable Elizabeth D. Laporte |

The Court, having considered the parties' Joint Stipulation Re: Filing of First Amended Complaint (the "Stipulation"), hereby orders the following:

(1) Plaintiffs may file their First Amended Complaint;

(2) Service of the First Amended Complaint is deemed completed as of the date of entry of this Order;

(3) Defendant shall be permitted to file an Answer to the First Amended Complaint at any time within 21 days from the date of entry of this Order

(4) The Stipulation shall not constitute an admission by Defendant as to any of the any allegations contained in the First Amended Complaint, nor by waiving service of the First Amended Complaint shall Defendant waive any claim, allegation or defense it might otherwise assert in defense of this action.

Dated: March 12, 2009



Hon.
Unit    IT IS SO ORDERED
        Judge Elizabeth D. Laporte