BLUM | COLLINS LLP
   Steven A. Blum (Bar No. 133208)
   Craig M. Collins (Bar No. 151582)
   Douglas L. Thorpe (Bar No. 43749)
707 Wilshire Blvd., 48th Floor
Los Angeles, California 90017
Telephone: 213.572.0400
Facsimile: 213.572.0401
blum@blumcollins.com; collins@blumcollins.com;
dthorpe@thorpelink.com

Attorneys for Plaintiffs

LATHAM & WATKINS LLP
   Wayne S. Flick (Bar No. 149525)
   Kimberly A. Posin (Bar No. 223091)
   David B. Hazlehurst (Bar No. 261043)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: 213.485.1234
Facsimile: 213.891.8763
wayne.s.flick@lw.com; kim.posin@lw.com;
david.hazlehurst@lw.com

Attorneys for Defendant Thelen LLP

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BERGMAN, KENDRICK PATTERSON, MICHAEL ATTIANESE, ANDREA LEVY, and DARYL YEAKLE each individually, and on behalf of all others similarly situated and the general public,<br><br>        Plaintiffs,<br><br>  vs.<br><br>THELEN LLP, a California limited liability partnership, and DOES 1-500,<br><br>        Defendants. | Case No. CV-08-5322-EDL<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT**<br><br>Honorable Elizabeth D. Laporte |

The Court, having considered the parties' Joint Stipulation Re: Filing of First Amended Complaint (the "Stipulation"), hereby orders the following:

(1) Plaintiffs may file their Second Amended Complaint;

(2) Service of the Second Amended Complaint is deemed completed as of the date of entry of this Order;

(3) Defendant shall be permitted to file an Answer to the Second Amended Complaint at any time within 21 days from the date of entry of this Order;

(4) The Stipulation shall not constitute an admission by Defendant as to any of the any allegations contained in the Second Amended Complaint, nor by waiving service of the Second Amended Complaint shall Defendant waive any claim, allegation or defense it might otherwise assert in defense of this action.

_____ June 26, 2009

Hon.
United S

