KLEE, TUCHIN, BOGDANOFF & STERN LLP
DAVID STERN (Cal Bar No. 67697)
MATTHEW C. HEYN (Cal. Bar No. 227474)
DANIELLE BROWN (Cal. Bar. No. 236023)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:   (310) 407-4000
Facsimile:    (310) 407-9090

Attorneys for Defendants Stephen O'Neal, Thomas Hill, Ellen Bastier, Julian Millstein and David Graybeal

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARRYL YEAKLE, and RAYMOND R. PLANTE, each individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN V. O'NEAL, individually and on behalf of those similarly situated, THOMAS HILL, individually and on behalf of those similarly situated, ELLEN L. BASTIER, individually and on behalf of those similarly situated, MARK WEITZEL, individually and on behalf of those similarly situated, JULIAN MILLSTEIN, individually and on behalf of those similarly situated, JEFFREY STEINER, individually and on behalf of those similarly situated, DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership,<br><br>Defendants. | CASE NO. 09-cv-03031-SC<br><br>**[Proposed] ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Initial Case Management Conference**:<br>Date:     November 20, 2009<br>Time:    10:00 a.m.<br>Judge:   Hon. Samuel Conti<br>Place:    United States Courthouse<br>            Dept. 1, 17th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, California |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  Defendants Stephen O'Neal, Thomas Hill, Ellen Bastier, Mark Weitzel, Julian Millstein, Jeffrey Steiner and David Graybeal may file and serve their responses to the First Amended Complaint on or before December 15, 2009.

Dated: October 7, 2009

_____
The Honorable Samuel Conti

117557.2

1

[~~Proposed~~] Order Approving Stipulation for Extension of Time to Respond to First Amended Complaint

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000