IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM BERGMAN, et al.,

    Plaintiff,

v.

THELEN LLP,

    Defendant.

No C-08-5322-SC

**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

The defendant, Thelen LLP having informed the Court that the claims alleged against it in the above-titled action have been automatically stayed pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by said defendant (see Notice, filed September 21, 2009), IT IS HEREBY ORDERED that the case is CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the action against the defendant, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: October 12, 2012

Samuel Conti
United States District Judge