UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BERGMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THELEN LLP, et al.,<br><br>        Defendants. | Case No.  08-cv-05322-SC<br><br>**ORDER REOPENING CASE**<br>Re: Dkt. No. 68, 76 |

    Plaintiffs in this matter have filed a Motion for Preliminary Approval of Class Settlement. The case is hereby reopened.  The case will be reassigned according to General Order No. 44. The motion hearing date set before Judge Phyllis Hamilton is vacated.  The plaintiffs are ordered to renotice the Motion for Preliminary Approval according to the Local Rules and the availability of the newly assigned judge.

    **IT IS SO ORDERED.**

Dated: February 29, 2016

_____
VINCE CHHABRIA
United States District Judge