**United States District Court**<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BERGMAN, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>THELEN LLP,<br><br>            Defendant.                              / | No. C-08-5322 MMC<br><br>**ORDER DIRECTING PLAINTIFFS DARYL YEAKLE AND RAYMOND R. PLANTE TO INFORM COURT RE: CONSENT TO MAGISTRATE JUDGE** |

On February 29, 2016, the above-titled action was reassigned to the undersigned.

In cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).

Defendant has consented to have a magistrate judge conduct all proceedings in the instant action (see Doc. No. 23), as have plaintiffs Adam Bergman, Kendrick Patterson, Michael Attianese and Andrea Levy (see Doc. No. 13).  The remaining two plaintiffs, specifically, Daryl Yeakle and Raymond D. Plante, have not advised the Court as to whether they so consent.

Accordingly, plaintiffs Daryl Yeakle and Raymond D. Plante are hereby DIRECTED to advise the Court, no later than March 18, 2016, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.  For plaintiffs'

convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

The parties are further advised that they may jointly request assignment to a specific magistrate judge.  As defendant and four of the six plaintiffs have previously filed a general consent, any such joint request must be made in a separate document filed concurrently with any consent forms signed by plaintiffs Daryl Yeakle and Raymond D. Plante.

**IT IS SO ORDERED.**

Dated:  March 9, 2016

_____
MAXINE M. CHESNEY
United States District Judge