BLUM COLLINS, LLP
Steven A. Blum (Bar No. 133208)
Craig M. Collins (Bar No. 151582)
Gary Ho (Bar No. 229995)
707 Wilshire Boulevard, Suite 4880
Los Angeles, California 90017
Telephone:  213.572.0400
Facsimile:  213.572.0401
blum@blumcollins.com
collins@blumcollins.com
ho@blumcollins.com

Attorneys for Plaintiffs
Adam Bergman, et al.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BERGMAN, KENDRICK PATTERSON, MICHAEL ATTIANESE, ANDREA LEVY, RAYMOND R. PLANTE and DARYL YEAKLE, each individually, and on behalf of all others similarly situated and the general public,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THELEN LLP, a California limited liability partnership, and DOES 1-500,<br><br>    Defendants. | Case No.  3:08-cv-05322-LB<br><br>**PLAINTIFFS' NOTICE OF CONTINUED HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF EMPLOYEE COMPENSATION CLASS ACTION**<br><br>New Hearing Date: June 16, 2016<br>Time:  9:30 a.m.<br>Place:  Courtroom C<br><br>Honorable Laurel Beeler<br><br>Action Filed:  November 24, 2008<br>Discovery Cutoff: None Set<br>Trial Date:         None Set |

**NOTICE IS HEREBY GIVEN** that the April 28, 2016 hearing on Plaintiffs' Motion for Preliminary Approval of Settlement of Employee Compensation Class Action has been continued to June 16, 2016. At the June 16, 2016 hearing, before the Honorable Laurel Beeler, United States District Judge, at the San Francisco Courthouse, Courtroom C, Fifteenth Floor, 450 Golden Gate Avenue, San Francisco, California 94102, plaintiffs Adam Bergman, Kendrick Patterson, Michael Attianese, Andrea Levy, Raymond R. Plante, and Daryl Yeakle (collectively, "Plaintiffs"), will hereby move the Court as follows:

(1) to amend the definition of the classes and subclasses to reflect the definition in Section 1.7 of the Settlement Agreement;

(2) to preliminarily approve the compromise and settlement of this case, as set forth in the Settlement Agreement as a class action settlement pursuant to Federal Rule of Civil Procedure 23 (attached as Exhibits A [settlement agreement] and B [amendment] to the concurrently-filed Declaration of Craig M. Collins);

(3) to approve the procedures set forth in the Settlement Agreement for implementation of the Settlement Agreement;

(4) to approve the form of, and direct mailing of, the proposed Settlement Notice; and

(5) to schedule a final hearing on class certification and entry of a judgment in accordance with Federal Rule of Civil Procedure 23.

This motion is based on the proposed Settlement Agreement, the Memorandum of Points and Authorities, the Declaration of Craig M. Collins, and the proposed Notice of Settlement filed on March 21, 2016 in support of this motion, and all other papers filed in this action.

Dated: April 7, 2016

BLUM | COLLINS LLP
   Steven A. Blum
   Craig M. Collins
   Gary Ho

By   /s/ Craig M. Collins
Attorneys for Plaintiffs Adam Bergman, Kendrick Patterson, Michael Attianese, Andrea Levy, Raymond Plante, and Daryl Yeakle